In the Matter of the Claim of FLORENCE SENOFF, Respondent, against SAVAGE ARMS CORPORATION et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued February 27, 1933; decided March 14, 1933.)

*Frank L. Ward* for appellants.

*John J. Bennett, Jr., Attorney-General (Joseph A. McLaughlin* and *Isaac Frank* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.